# United States District Court
# District of Connecticut

|  |  |  |
|---|---|---|
| Fields | : | |
| *Plaintiff* | : | |
| v. | : | Case No. 3:02cv1561 |
| Gibbs | : | |
| *Defendant* | : | |

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

____ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

____ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

____ To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

____ A ruling on the following motions which are currently pending: (orefm.)
Doc#

**✖** A settlement conference (orefmisc./cnf.)

____ A conference to discuss the following: (orefmisc./cnf.)

____ Other: (orefmisc./misc)


SO ORDERED this __18th__ day of __December__ , __2003__ at New Haven, Connecticut.


/s/          Mark R. Kravitz
UNITED STATES DISTRICT COURT JUDGE