UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Thursday December 18, 2003
9:30 a.m.

CASE NO. **3:02cv1561 MRK**    **Fields v Gibbs**

James J. Szerejko
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103

John R. Williams
Williams & Pattis
51 Elm St., Ste. 409
New Haven, CT 06510

STATUS CONFERENCE HELD
DATE: 12/18/03

7 min.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK