UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

March 15, 2004

2:30 p.m.

*Held 3 hours.*

CASE NO. **3:02cv1561 (MRK)**   <u>Fields vs. Gibbs</u>

James J. Szerejko
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103


John R. Williams
Williams & Pattis
51 Elm St., Ste. 409
New Haven, CT 06510


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK