UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUGENE FIELDS | : | |
|     Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:02CV1561 (MRK) |
| VS. | : | |
| | : | |
| A.P. GIBBS | : | |
|     Defendant | : | APRIL ___, 2004 |

## STIPULATION TO DISMISS

The parties hereto stipulate and agree that this action may be dismissed with prejudice, and without costs or attorneys' fees being awarded to any of these named parties, and that judgment enter accordingly.

    PLAINTIFF:
    EUGENE FIELDS


BY:_____
    John R. Williams, Esq.
    Fed. Bar No. ct00215
    Williams and Pattis, LLC
    51 Elm Street, Suite 409
    New Haven, CT 06510
    His Attorney

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

                    DEFENDANT:
                    A.P. GIBBS

        BY:_____
            James J. Szerejko
            Fed. Bar No. ct04326
            HALLORAN & SAGE LLP
            One Goodwin Square
            Hartford, CT  06103
            Tele: (860) 522-6103
            Her Attorney
            szerejko@halloran-sage.com

One Goodwin Square      HALLORAN      Phone (860) 522-6103
225 Asylum Street       & SAGE LLP     Fax (860) 548-0006
Hartford, CT 06103                            Juris No. 26105

## CERTIFICATION

      This is to certify that on this 1st day of June, 2004, the foregoing was either mailed, postpaid, or hand-delivered to:

Norman A. Pattis, Esq.
John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

 

                                                  _____
                                                    James J. Szerejko

533528.1(HS-FP)

One Goodwin Square    HALLORAN    Phone (860) 522-6103
225 Asylum Street     & SAGE LLP   Fax (860) 548-0006
Hartford, CT 06103                 Juris No. 26105