25

FILED

Jun 2  3 57 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EUGENE FIELDS                    :
            Plaintiff           :     CIVIL ACTION NO.
                                :     3:02CV1561 (MRK)
VS.                             :
                                :
A.P. GIBBS                      :
            Defendant           :     APRIL 26 , 2004

## STIPULATION TO DISMISS

The parties hereto stipulate and agree that this action may be dismissed

with prejudice, and without costs or attorneys' fees being awarded to any of

these named parties, and that judgment enter accordingly.

ORDERED ACCORDINGLY

FILED

Jun 4  10 35 AM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

PLAINTIFF:
EUGENE FIELDS

BY: _____
John R. Williams, Esq.
Fed. Bar No. ct00215
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
His Attorney

One Goodwin Square          HALLORAN          Phone (860) 522-6103
225 Asylum Street           & SAGE LLP         Fax (860) 548-0006
Hartford, CT 06103                             Juris No. 26105